No. 94–9422. HINES, AKA SHEHEED *v.* BROWN ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–9423. FOTI *v.* CAMERON ET AL. App. Ct. Mass. Certiorari denied.

No. 94–9424. GREEN *v.* ZIEGLER. Sup. Ct. Ill. Certiorari denied.

No. 94–9425. TYLER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9427. NWANZE *v.* JONES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–9429. PERKOVIC ET AL. *v.* WEST PENN ABSTRACT CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–9434. IRWIN *v.* HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 11th Cir.. Certiorari denied.

No. 94–9435. BANKS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–9436. BRADY *v.* TANSY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9437. WHALEN *v.* ALVEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–9438. TESTA *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–9439. TESTA *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–9440. JONES *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–9441. GUNN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9445. STANTON *v.* GONNERING ET AL. Ct. App. Wis. Certiorari denied.